B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>**Eastern District of New York** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>Hesse, George | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>None |
|---|---|

Last four digits of Social Security or other Individual's Tax I.D. No./Complete EIN
If more than one, state all.)    2962

| STREET ADDRESS OF DEBTOR (No. and street, city, state,<br>504 Midway Walk<br>Ocean Beach, NY | MAILING ADDRESS OF DEBTOR (If different from street |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS    ZIP CODE<br><br>Suffolk        11770 | ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7        [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br>[ ] Debts are primarily consumer debts<br>[✓] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>[✓] Individual (Includes Joint Debtors)<br>[ ] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>State Type of Entity: _____ | Nature of Business<br>(Check **one** box.)<br><br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11<br>     U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other |
|---|---|---|

| VENUE<br>[✓] Debtor has been domiciled or has had a residence,<br>principal place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | FILING FEE (Check one box)<br>[✓] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform<br>Act of 1994, no fee is required.]* |
|---|---|

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Daniel A. Hesse | Case Number<br>14-70196-ast | Date<br>01/20/2014 |
|---|---|---|
| Relationship<br>Business Partner/Brother | District<br>Eastern District of New York | Judge<br>Alan S. Trust |

COURT USE ONLY

### ALLEGATIONS
### (Check applicable boxes)

1.  [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2.  [✓] The debtor is a person against whom an order for relief may be entered under title 11
        of the United States Code.
3a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless
        such debts are the subject of a bona fide dispute as to liability or amount;

  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee,
        receiver, or agent appointed or authorized to take charge of less than substantially all
        of the property of the debtor for the purpose of enforcing a lien against such
        property, was appointed or took possession.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. - ver 4.7-4-800 - USA/CV-JABM*****

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re  George Hesse                                    ,

                                  Debtor

Case No. _____

Chapter _____ 7 _____

## Involuntary Petition Continuation Sheet

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR | | |
|---|---|---|
| Name of Debtor:<br>GDH Capital Corp | Case Number:<br>14-71332-ast | Date Filed:<br>03/28/2014 |
| District:<br>Eastern District of New York | Relationship:<br>Corporation | Judge:<br>Alan S. Trust |

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** George Hesse

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Valerie Honnett | x /s/ Heath S. Berger                                    05/19/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                          Date |
| Valerie Honett                                  05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing            Valerie Honett | Address |
| Address of Individual     42 Fuller Street | (516) 747-1136 |
| Signing in Representative  Dix Hills, NY 11746 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x /s/ John Nemick | x /s/ Heath S. Berger                                    05/19/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                          Date |
| John Nemick                                    05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing            John Nemick | Address |
| Address of Individual     31 Frontier Trail | (516) 747-1136 |
| Signing in Representative  Manorville, NY 11949 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x /s/ Laura Morgan | x /s/ Heath S. Berger                                    05/19/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                          Date |
| Laura Morgan                                   05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner                          Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing            Laura Morgan | Address |
| Address of Individual     PO Box 547 | (516) 747-1136 |
| Signing in Representative  Bay Shore, NY 11706 | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Valerie Honett 42 Fuller Street Dix Hills, NY 11746 | Investment | 214,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| John Nemick 31 Frontier Trail Manorville, NY 11949 | Investment | 345,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Laura Morgan PO Box 547 Bay Shore, NY 11706 | Investment | 500,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** George Hesse

**Case No.**_____

| TRANSFER OF CLAIM |
|---|

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

| REQUEST FOR RELIEF |
|---|

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  /s/ Frank Pinter as Trustee for Joseph Pinter Jr.
Signature of Petitioner or Representative (State title)
Frank Pinter as Trustee for J. Pinter        05/19/2014
Name of Petitioner                    Date Signed

Name & Mailing          Frank Pinter as Trustee
Address of Individual    262 Belvedere Drive
Signing in Representative Oakdale, NY 11769
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                        Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

x  /s/ Marguerite Matson
Signature of Petitioner or Representative (State title)
Marguerite Matson            05/19/2014
Name of Petitioner                    Date Signed

Name & Mailing          Marguerite Matson
Address of Individual    7008 Pelican Bay Blvd
Signing in Representative Naples, FL 34108
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                        Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

x  /s/ Frank Pinter
Signature of Petitioner or Representative (State title)
Frank Pinter                    05/19/2014
Name of Petitioner                    Date Signed

Name & Mailing          Frank Pinter
Address of Individual    262 Belvedere Drive
Signing in Representative Oakdale, NY 11796
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                        Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Frank Pinter as Trustee  262 Belvedere Drive Oakdale, NY | Investment | 250,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Marguerite Matson 7008 Pelican Bay Blvd Naples, FL 34108 | Investment | 300,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Frank Pinter 262 Belvedere Drive Oakdale, NY 11796 | Investment | 500,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor**  George Hesse

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ___ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x  /s/ Douglas Quimby | x  /s/ Heath S. Berger            05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Douglas Quimby            05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing | Douglas Quimby | Address |
| Address of Individual | 37 Oakcrest Drive | (516) 747-1136 |
| Signing in Representative | Huntington Station, NY 1 | Telephone No. |
| Capacity | | |

| x  /s/ Joseph Biello | x  /s/ Heath S. Berger            05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Joseph Biello            05/15/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing | Joseph Biello | Address |
| Address of Individual | 185 Anisko Landing | (516) 747-1136 |
| Signing in Representative | Oakdale, NY 11796 | Telephone No. |
| Capacity | | |

| x  /s/ Jocelyn Porco | x  /s/ Heath S. Berger            05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Jocelyn Porco            05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing | Jocelyn Porco | Address |
| Address of Individual | 560 Beaver Lane | (516) 747-1136 |
| Signing in Representative | Ronkonkoma, NY 11779 | Telephone No. |
| Capacity | | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Douglas Quimby 37 Oakcrest Drive Huntington Station, NY | Investment | 55,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Joseph Biello 185 Anisko Landing Oakdale, NY 11796 | Investment | 145,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jocelyn Porco  560 Beaver Lane  Ronkonkoma, NY 11779 | Investment | 100,000.00 |
| Note:      If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** ___George Hesse___

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| _ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  /s/ Fred DeSanti
Signature of Petitioner or Representative (State title)
Fred DeSanti                    05/19/2014
Name of Petitioner          Date Signed

Name & Mailing          Fred DeSanti
Address of Individual    41 Oak Crest Drive
Signing in Representative Huntington Station, NY 1
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                    Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

x  /s/ Kenneth Reid
Signature of Petitioner or Representative (State title)
Kenneth Reid                    05/19/2014
Name of Petitioner          Date Signed

Name & Mailing          Kenneth Reid
Address of Individual    6 Edward Court
Signing in Representative Farmingdale, NY 11735
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                    Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

x  /s/ Anthony Sce
Signature of Petitioner or Representative (State title)
Anthony Sce, Scegar Realty      05/19/2014
Name of Petitioner          Date Signed

Name & Mailing          Anthony Sce, Scegar rty
Address of Individual    505 Johnson Avenue
Signing in Representative Bohemia, NY 11716
Capacity

x  /s/ Heath S. Berger                    05/19/2014
Signature of Attorney                    Date
Berger, Fischoff & Shumer, LLP
Name of Attorney Firm (If any)
40 Crossways Park Drive, Woodbury, NY 11797
Address
(516) 747-1136
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Fred DeSanti 41 Oak Crest Drive  Huntington Station, NY 1 | Investment | 679,296.18 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kenneth Reid 6 Edward Court Farmingdale, NY 11735 | Investment | 150,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Anthony Sce, Scegar rty 505 Johnson Avenue Bohemia, NY | Investment | 675,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) — Page 2

Name of Debtor  George Hesse

Case No._____

| TRANSFER OF CLAIM |
|---|
| ___ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Paul & Marie Vallario | x /s/ Heath S. Berger                05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Paul & Marie Vallario                  05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                Paul & Marie Vallario | Address |
| Address of Individual          1 Hearthstone Ct. | (516) 747-1136 |
| Signing in Representative      Dix Hills, NY 11746 | Telephone No. |
| Capacity | |

| x /s/ Nicholas & Marion Iorio | x /s/ Heath S. Berger                05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Nicholas & Marion Iorio              05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                Nicholas & Marion Iorio | Address |
| Address of Individual          21 Ingold Drive | (516) 747-1136 |
| Signing in Representative      Dix Hills, NY 11746 | Telephone No. |
| Capacity | |

| x /s/ Jim & Eileen Buglion | x /s/ Heath S. Berger                05/19/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Jim & Eileen Buglion                  05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing                Jim & Eileen Buglion | Address |
| Address of Individual          9125 Shadow Glen Way | (516) 747-1136 |
| Signing in Representative      Ft. Myers, FL 33913 | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Paul & Marie Vallario 1 Hearthstone Ct. Dix Hills, NY 11746 | Investment | 500,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Nicholas & Marion Iorio 21 Ingold Drive Dix Hills, NY 11746 | Investment | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jim & Eileen Buglion  9125 Shadow Glen Way Ft. Myers, FL | Investment | 622,607.63 |
| Note:       If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** George Hesse

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| _ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  /s/ Jeffrey Kettler & Kimberly Kettler | x  /s/ Heath S. Berger                     05/19/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Jeffrey Kettler & Kimberly Kettler      05/19/2014 | Berger, Fischoff & Shumer, LLP |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| | 40 Crossways Park Drive, Woodbury, NY 11797 |
| Name & Mailing        Jeffrey & Kim Kettler | Address |
| Address of Individual   2629 Dandelion Dr | (516) 747-1136 |
| Signing in Representative  High Point, NC 27265 | Telephone No. |
| Capacity |  |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jeffrey & Kim Kettler 2629 Dandelion Dr High Point, NC 272 | Investment | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims                5,235,903.81 |

_____continuation sheets attached